IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR M RAMOS RIVERA

XXX-XX-3922

Debtor(s)

CASE NO. 10-10176 BKT

Chapter 13

**FILED & ENTERED ON 04/07/2011**

## ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 03/03/2011 (see docket entry #22), it is now

ORDERED that the instant case be and it is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 07 day of April, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: All creditors
    F/up